IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PAUL ELI BARKLEY                                                                       PLAINTIFF

v.                              Case No. 4:17-cv-04006

GUARD NASH, Miller County Detention
Center ("MCDC"); GUARD HENSLEY,
MCDC; GUARD CRUISE, MCDC;
GUARD CRANE, MCDC; GUARD
SHUMAKE, MCDC; and NURSE
LONI, MCDC                                                     DEFENDANTS

## **ORDER**

Before the Court is a Motion for Issuance of Subpoena for Miller County Detention Center Documents filed by Plaintiff. ECF No. 25. In the motion, Plaintiff appears to request that the Court issue a subpoena to compel Defendants to produce documents related to the above-captioned case.

On April 5, 2017, Plaintiff filed a Motion to Dismiss. ECF No. 21. The Court issued an Order granting Plaintiff's Motion to Dismiss on May 9, 2017 and dismissed Plaintiff's Complaint against Defendants without prejudice. ECF No. 26. The Clerk of Court was directed to close Plaintiff's case pursuant to the Court's Order.

As a result of the Court's Order dismissing Plaintiff's Complaint, the instant motion has been rendered moot. Accordingly, the Court finds that Plaintiff's Motion for Issuance of Subpoena for Miller County Detention Center Documents should be and hereby is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 9th day of May, 2017.

                                                                      /s/ Susan O. Hickey
                                                                      Susan O. Hickey
                                                                      United States District Judge